IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adolfo Hernandez,<br><br>   Plaintiff,<br><br>vs.<br><br>Joe Arpaio, Captain Peterson,<br><br>   Defendants. | No. CV 05-2826-PHX-EHC (MEA)<br><br>**ORDER** |

On September 15, 2005, Plaintiff filed a Complaint alleging a violation of his civil rights. (Dkt. 1). Plaintiff was ordered by the Court to complete and return a service packet for Defendants by February 15, 2006. (Dkt. 4). Plaintiff did not returned the service packet for Defendants. The Court allowed Plaintiff until August 25, 2006, to show cause why this case should not be dismissed for failure to complete and return the service packet. (Dkt. 6). The Plaintiff failed to show cause for his failure to complete the service packet for Defendants. On October 31, 2006, Magistrate Judge Mark E. Aspey issued a Report and Recommendation. (Dkt. 7). Plaintiff did not file any objecitons.

A district court judge reviews a Report and Recommendation of a Magistrate Judge *de novo*. *See* 28 U.S.C. § 636(b)(1)(C). The Court having reviewed the record *de novo,* adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted in full. (Dkt. 7).

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice for Plaintiff's failure to serve the Defendants.

DATED this 20th day of November, 2006.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge